# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                                  Case No. 1:11-cr-5

Andrew Keith,
    Defendant

## ORDER

Theodore Froncek is hereby appointed as counsel to represent Teresa Bailey, a witness, at the sentencing hearing in the above captioned case.

**SO ORDERED**.

Date: January 17, 2012                s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Senior Judge
                                              United States District Court